In the Matter of the Application of RUPERT J. GIDDINGS, Appellant, for an Order of Mandamus against COUNTY OF WESTCHESTER and Others, Respondents. — Order denying motion for a peremptory or an alternative mandamus order unanimously affirmed, with costs, as a matter of law and not in the exercise of discretion. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Davis, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property of and Rehabilitate the BOND AND MORTGAGE GUARANTEE COMPANY. MARTHA BLUMENBERG, Appellant; GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, as Rehabilitator of BOND AND MORTGAGE GUARANTEE COMPANY, and TITLE GUARANTEE AND TRUST COMPANY, Respondents.— Order denying motion for the appointment of a referee and for other relief affirmed, without costs. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Davis, JJ., concur.

MATILDA LEE and Another, Respondents, v. FANNIE ARNOWITZ, Appellant.— Order reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. This case is not properly on the Trial Term calendar for the reason that a note of issue was not filed for any of the terms for which it was noticed for trial. (*Weaver* v. *Miller*, 187 App. Div. 827; *Rea* v. *Horton*, 241 id. 742.) The fact that when the case was reached for trial an inquest was taken by the plaintiffs and a judgment, subsequently vacated, entered by default against the defendant, gives the plaintiffs no rights which they did not have prior to the entry of the judgment. Lazansky, P. J., Young, Kapper, Hagarty and Davis, JJ., concur.

IRENE MARCHAND, Respondent, v. JOSEF MARCHAND, Appellant.— Order directing the payment of counsel fee and temporary alimony affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Davis, JJ., concur.

METROPOLITAN LIFE INSURANCE COMPANY, Plaintiff, v. THE LOUIS FRIEDMAN REALTY Co., INC., Appellant, and Others, Defendants. FREDERICK S. BENSON, Receiver, Respondent.— Order approving and confirming the receiver's account reversed on the law and the facts, with ten dollars costs and disbursements to abide the event, and the matter remitted to the Special Term to take proof on the subject of the diligence of the receiver in his management of the property committed to his care and control and the collection of rents or the value of use and occupation during the period he was in possession; or for the parties to proceed otherwise as they may be advised. No proper proof of diligence appears in this record; but evidently something was shown on the hearing at Special Term to convince the court that diligence was in fact exercised by the receiver. Evidence on that subject should be produced in the form of oral proof or by further affidavits as the Special Term in its discretion shall determine; and the fact that the receiver was diligent or otherwise should be decided on the evidence presented. Lazansky, P. J., Young, Kapper, Hagarty and Davis, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. OSCAR BUCHANA, Appellant.— Judgment of conviction and order of the Court of Special Sessions of the City of New York, Borough of Brooklyn, unanimously affirmed. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.